IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TITENESHA RUSSELL,

    Petitioner,                   No. 2:08-cv-1538-JFM (HC)

    vs.

MARY LATTIMORE, Warden,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed August 1, 2008, petitioner's original petition was dismissed with leave to file an amended petition. Petitioner has now filed an amended petition.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

1

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's August 18, 2008 amended petition for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: September 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
russ1538.100