IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TITENESHA RUSSELL,

    Petitioner,            No. 2:08-cv-1538 WBS JFM (HC)

    vs.

MARY LATTIMORE, Warden,

    Respondent.           ORDER

                               /

Petitioner has requested an extension of time to file and serve objections to the findings and recommendations filed in this action on August 3, 2011.[1] Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's August 15, 2011 motion for extension of time is granted; and

/////

/////

---

[1] Petitioner has also filed a document in which she states that the August 3, 2011 findings and recommendations do not address "two new grounds" she is raising, and that she does not believe she has reached the federal level of review. See Docket No. 19. This action was commenced on July 3, 2008 with the filing of a federal petition for writ of habeas corpus. The petition is dated June 30, 2008 and appears to have been signed by petitioner. On August 1, 2008, that petition was dismissed with leave to amend, and this action is proceeding on an amended petition, dated August 12, 2008 and file stamped August 18, 2008, also apparently signed by petitioner, that raises the claims addressed in the August 3, 2011 findings and recommendations.

1    2.  Petitioner shall file and serve objections to the findings and recommendations
2 on or before September 15, 2011.
3 DATED: September 8, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
russ1538.111